AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

RICHARD D'ONOFRIO
aka "Richie"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154

CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICHARD D'ONOFRIO
                                                                                Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   RICO Conspiracy, Conspiracy to receive stolen goods

in violation of Title 18 United States Code, Section(s) 1962(d), 371

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $150,000 Personal Surety Bond — Do Not
LODGE   OVERNIGHT

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by   UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |