UNITED STATES DISTRICT COURT
Southern District of Florida

00-6154

UNITED STATES OF AMERICA )  Case Number: CR **JORDAN**
         Plaintiff )
                                 ) REPORT COMMENCING CRIMINAL
  -vs-                      )          ACTION
                                 )
**Richard A. D'Onofrio**    )  05358-004
         Defendant

*****************************************************
TO: Clerk's Office    MIAMI   (**FT. LAUDERDALE**)   W. PALM BEACH
    U.S. District Court         (circle one)

FILED by D.C. JUN 21 2000 CLARENCE MADDOX CLERK U.S. DIST CT S.D. OF FLA. - FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **6/21/00  7:10 am**/pm

(2) Languge Spoken: **English**

(3) Offense(s) Charged: **Rico Conspiracy 18 USC 1962(d), 371**

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: **3/2/46**

(6) Type of Charging Document: (check one)
[✓] Indictment [ ] Complaint  To be filed/Already filed
Case # **00-6154-JORDAN / 245A-MM-88637**

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: **SDF**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: **$150,000 Personal Surety**
Who set Bond: **Barry Seltzer USMJ**

(7) Remarks: **DO NOT LODGE OVERNIGHT**

(8) Date: **6/21/00**   (9) Arresting Officer: **SA Lionel S. Lofton Jr**

(10) Agency: **FBI**         (11) Phone: **305-787-6286**

(12) Comments: _____

Rec'd in MIA Dkt **6/26**

25/3