## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RICHARD D'ONOFRIO (J)        CASE NO: 00-6154-CR-JORDAN

AUSA: PAUL SCHWARTZ        ATTY: Tom Sclafani

AGENT: FBI        VIOL: 18:1956(h)

PROCEEDING I/A ON SEALED INDICT.    RECOMMENDED BOND 150,000 PERS. SURETY

BOND HEARING HELD - yes/no        COUNSEL APPOINTED _____

BOND SET @ 150,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: as directed

2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

Advised of Charges - Temp Cnsl present.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-28    //    LSS

PTD/BOND HRG:

PRELIM/ARRAIGN: 6-28    //    LSS

REMOVAL HRG:

STATUS CONF:

Date: 6/21/00    Time 11:00    FTL/LSS TAPE #00- 030    Begin: 2663    End: 3438

Rec'd In MIA Dkt    6/26

37/3