|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| v.<br>Richard D'Onofrio | CASE NO. 00-6154-Cr-<br>JORDAN |

*FILED by D.C. JUN 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

## NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

COMES NOW  Thomas P. Sclafani  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed)  Thomas P. Sclafani

Counsel's Signature  /s/ T.P.S.

Address  200 E Broward Blvd #1210
Ft. Lauderdale  FL   Zip Code: 33301

Telephone  954-761-7201

53/sf