AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   481434

UNITED STATES OF AMERICA

V.

RICHARD D'ONOFRIO
aka "Richie"

**WARRANT FOR ARREST**

CASE NUMBER: **00-6154**

**CR - JORDAN**

MAGISTRATE JUDGE
BANDSTRA

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RICHARD D'ONOFRIO___
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   RICO Conspiracy, Conspiracy to receive stolen goods

in violation of Title __18__ United States Code, Section(s) __1962(d), 371__

RECEIVED
2000 JUN -6 PM 4:24
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE
UNITED STATES MARSHAL

___CLARENCE MADDOX___
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $150,000 Personal Surety Bond - DO NOT LODGE OVERNIGHT

___COURT ADMINISTRATOR\CLERK OF THE COURT___
Title of Issuing Officer

___6/6/00 - Fort Lauderdale, Florida___
Date and Location

BARRY S. SELTZER
by ___UNITED STATES MAGISTRATE JUDGE___
Name of Judicial Officer

FILED BY
00 JUN 23 PM 3:51
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

87/3