UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JUN 30 AM 10:02

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

UNITED STATES OF AMERICA, )   CASE NO.: 00-6154-CR-JORDAN
            )
         Plaintiff, )
            )
v.          )
            )
RICHARD D'ONOFRIO, )
            )
         Defendant. )
_____)

## NOTICE OF APPEARANCE

COMES NOW Thomas D. Sclafani, Esq., 200 East Broward Boulevard, Suite 1210, Fort Lauderdale, Florida 33301, who hereby files his Notice of Appearance as counsel for Richard D'Onofrio, in the above-referenced case. Undersigned counsel is a member of the Florida Bar and of the Trial Bar of the United States District Court for the Southern District of Florida.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 28th day of June, 2000, to Paul Schwartz, Esq., Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394.

Respectfully submitted,

THOMAS D. SCLAFANI
Florida Bar No.: 232483
200 E. Broward Blvd.
Suite 1210
Ft. Lauderdale, Florida 33301
Telephone: 954-761-7201
Fax: 954-524-8590