UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA

vs

RICHARD D'ONOFRIO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: ON BOND FORM |
| | Telephone: |
| DEFENSE COUNSEL: | Name: TOM SCLAFANI, ESQ. |
| | Address: |
| | Telephone: |
| BOND SET/CONTINUED: | $ CON'T AS SET |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  28TH  day of  JUNE , 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 00-036

cc: Copy for Judge
  U. S. Attorney

