UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:00-6154-CR-DIMITROULEAS |
| Plaintiff, | ) | |
| v. | ) | |
| RICHARD D'ONOFRIO, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

COMES NOW the Defendant, Richard D'Onofrio, by and through his undersigned counsel, who respectfully requests this Honorable Court grant his motion for continuance of trial, which is presently set for the two week period beginning August 7, 2000, and in support thereof states as follows:

1. On June 30, 2000, the Defendant, Richard D'Onofrio, was arraigned on the above-referenced indictment.

2. We seek a continuance of the case and special settings for wiretap suppression motions and trial. The reasons for this request are as follows.

3. First, this a seventeen (17) defendant case which is expected to take at least one month to try. The case involves 133 cassette tapes containing approximately 1,000 conversations that were the subject of a court ordered wiretap, and 41 cassette recordings of consensually recorded conversations involving a confidential informant.



4. As of the date of this motion, undersigned counsel has not yet received copies of the tape transcripts, the tapes, the wiretap orders and affidavits, or the wiretap log sheets. One set of these materials (except for the wiretap log sheets), has been provided to one of the lawyers in the case, and each of the lawyers in turn are making arrangements to have these voluminous materials duplicated.

5. It is estimated that all of the tapes contain more than 300 hours of conversations. The tapes must be analyzed for audibility, content and for compliance with the strict legal requirements mandated by Title 3 (e.g. minimization). Clearly, it will take counsel more than the 300 hours running time of the tapes to conduct this painstaking analysis.

6. Once the analysis has been completed, counsel must then prepare a motion to suppress the wiretaps as well as other pretrial motions.

7. Undersigned counsel will not be at the Calendar Call on August 2, 2000, because he has a prepaid vacation with his family from July 31 through August 12, 2000. Additionally, undersigned counsel has a prepaid trip planned with his son to Notre Dame set for August 31 through September 4, 2000. By prepaid I mean that I was the high bidder ($2,400) for an all-expense paid trip for two to the Notre Dame-Texas A&M football game at a charity auction held by the Notre Dame Club of Ft. Lauderdale last October, 1999. Airline tickets have been issued to myself and my son, game tickets

have been issued and the University has reserved space on campus for us.

8. Undersigned counsel respectfully requests that the Court set a status conference in approximately thirty (30) days by which time the lawyers will be able to advise the Court approximately how much time will be needed to produce the wiretap suppression motions and to prepare for trial, all with a view towards setting a firm date for the filing of pretrial motions and a firm trial date.

9. This motion is made in good faith and not for purposes of unnecessary delay. The Defendant waives speedy trial pursuant to 18 U.S.C. §3161 et seq.

### LOCAL RULE 88.9 CERTIFICATION

10. Undersigned counsel has conferred with AUSA Paul Schwartz who does not object to the continuance. Moreover, Mr. Schwartz supports undersigned counsel's request for a thirty (30) day status conference with an eye toward setting deadlines for pretrial motions and to obtain a specific trial date.

### SPEEDY TRIAL WAIVER

I, Richard D'Onofrio, having been advised of my right to a speedy trial, do hereby waive that right so that my attorney has sufficient time to prepare my case for trial.

7-18-00
Date

RICHARD D'ONOFRIO

-3-

Respectfully submitted,

_____
Thomas D. Sclafani
Florida Bar No.: 232483
200 E. Broward Blvd.
Suite 1210
Ft. Lauderdale, Florida 33301
Telephone: 954-761-7201
Fax: 954-524-8590

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 17TH day of July, 2000, to all counsel listed on the attached Service List.

Respectfully submitted,

_____
THOMAS D. SCLAFANI

Paul Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
(Counsel for Rotunno)

Allen Kaufman, Esq.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Suite 102
Miami, FL 33132
(Counsel for Caskill)

William Norris, Esq.
3225 Aviation Avenue
Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Morris)

Ira Lowey, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
(Counsel for Halpern)

Jim Stark, Esq.
524 S. Andrews Avenue
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

Simon T. Steckel, Esq.
700 Brickell Avenue
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

John Cotrone, Esq.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

Herb Cohen, Esq.
200 S.E. 6th Street
Suite 205
Ft. Lauderdale, FL 33301
(Counsel for S. Miller)

Michael Dutko, Esq.
600 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue
Suite 701
Ft. Lauderdale, FL 33301
(Counsel for Brooks)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301-1100
(Counsel for Capri)