UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   ) CASE NO.:00-6154-CR-DIMITROULEAS
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
RICHARD D'ONOFRIO,          )
                            )
            Defendant.      )
_____)

**NOTICE OF FILING PROPOSED ORDER**

COME NOW the Defendant, Richard D'Onofrio, by and through his undersigned counsel, who respectfully files this proposed Order to the Defendant's Unopposed Motion to Continue Trial filed on July 19, 2000. The proposed Order was inadvertently omitted from the court filing.

                              Respectfully submitted,


                              _____
                              Thomas D. Sclafani
                              Florida Bar No.: 232483
                              First Union Center
                              200 E. Broward Boulevard
                              Suite 1210
                              Ft. Lauderdale, FL 33301
                              Telephone: 954-761-7201
                              Fax: 954-524-8590

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on July ___, 2000, to all parties on the attached Service List.

_____
Thomas D. Sclafani

Paul Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

William Norris, Esq.
3225 Aviation Avenue
Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Morris)

Jim Stark, Esq.
524 S. Andrews Avenue
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Simon T. Steckel, Esq.
700 Brickell Avenue
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

Michael Dutko, Esq.
600 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301-1100
(Counsel for Capri)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
(Counsel for Rotunno)

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Suite 102
Miami, FL 33132
(Counsel for Caskill)

Ira Lowey, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
(Counsel for Halpern)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

John Cotrone, Esq.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Herb Cohen, Esq.
200 S.E. 6th Street
Suite 205
Ft. Lauderdale, FL 33301
(Counsel for S. Miller)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue
Suite 701
Ft. Lauderdale, FL 33301
(Counsel for Brooks)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    ) CASE NO.:00-6154-CR-DIMITROULEAS
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
RICHARD D'ONOFRIO,           )
                             )
            Defendant.       )
_____)

**ORDER**

Upon the written motion of the Defendant, Richard D'Onofrio, for continuance of the trial scheduled for August 7, 2000, the Court, upon reviewing the motion and with no objection from Government, it is hereby;

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The trial will be set at a status conference that is set for _____, 2000. The time between the date of the entry of this Order and _____, 2000, shall be excludable time pursuant to the speedy trial Act.

Done and Ordered in Chambers this ___ day of July, 2000, in Ft. Lauderdale, Broward County, Florida.

                            _____
                            HONORABLE WILLIAM P. DIMITROULEAS
                            UNITED STATES DISTRICT JUDGE

cc:  To all counsel on the
     attached Service List

**SERVICE LIST**

Paul Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
(Counsel for Rotunno)

Allen Kaufman, Esq.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Suite 102
Miami, FL 33132
(Counsel for Caskill)

William Norris, Esq.
3225 Aviation Avenue
Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Morris)

Ira Lowey, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
(Counsel for Halpern)

Jim Stark, Esq.
524 S. Andrews Avenue
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

Simon T. Steckel, Esq.
700 Brickell Avenue
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

John Cotrone, Esq.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

Herb Cohen, Esq.
200 S.E. 6th Street
Suite 205
Ft. Lauderdale, FL 33301
(Counsel for S. Miller)

Michael Dutko, Esq.
600 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue
Suite 701
Ft. Lauderdale, FL 33301
(Counsel for Brooks)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301-1100
(Counsel for Capri)