UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD D'ONOFRIO,

Defendant.
_____/

### ORDER

THIS CAUSE having been heard upon Defendant's July 19, 2000 Unopposed Motion For Continuance, and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant failed to include a proposed order [1], the Court grants the motion, in part, and resets the trial for August 14, 2000 at 8:45 A.M. The Defendant may renew his request for a longer continuance at that time.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Thomas D. Sclafani, Esquire
200 E. Broward Boulevard, #1210
Ft. Lauderdale, FL 33301

---

[1] After the Court had drafted this order, on July 20, 2000, Defendant filed a proposed order indicating that it was inadvertently omitted from the court filing.

