UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.:00-6154-CR-DIMITROULEAS |
| Plaintiff, | ) |
| v. | ) |
| RICHARD D'ONOFRIO, | ) |
| Defendant. | ) |

**MOTION TO ADOPT**

COME NOW the Defendant, Richard D'Onofrio, hereby moves this Court for an Order permitting him to adopt the Motion for Extension of Time to File Pretrial Motions, filed by Co-Defendant Joseph Rotunno.

Respectfully submitted,

Thomas D. Sclafani
Florida Bar No.: 232483
First Union Center
200 E. Broward Boulevard
Suite 1210
Ft. Lauderdale, FL 33301
Telephone: 954-761-7201
Fax: 954-524-8590

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on September /1, 2000, to all parties on the attached Service List.

Thomas D. Sclafani

## SERVICE LIST

Paul Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

William Norris, Esq.
3225 Aviation Avenue
Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Morris)

Jim Stark, Esq.
524 S. Andrews Avenue
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Simon T. Steckel, Esq.
700 Brickell Avenue
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

Michael Dutko, Esq.
600 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301-1100
(Counsel for Capri)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
(Counsel for Rotunno)

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Suite 102
Miami, FL 33132
(Counsel for Caskill)

Ira Lowey, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
(Counsel for Halpern)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

John Cotrone, Esq.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Herb Cohen, Esq.
200 S.E. 6th Street
Suite 205
Ft. Lauderdale, FL 33301
(Counsel for S. Miller)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue
Suite 701
Ft. Lauderdale, FL 33301
(Counsel for Brooks)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Co-Counsel for Zarcadoolas)