UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD D'ONOFRIO,

    Defendant.
_____/

FILED by _____ D.C.
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER

Upon the written September 11, 2000, Motion of the Defendant, Richard D'Onofrio, to Adopt [DE-297] the Motion for Extension of Time to File Pretrial Motions [DE-285], filed by Co-Defendant Joseph Rotunno, the Court, upon reviewing the motion, it is hereby

ORDERED AND ADJUDGED that the motion is hereby DENIED. The Motion for Extension of Time filed by Co-Defendant, Joseph Rotunno, did not apply to all motions.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel listed on attached Service List

