UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD D'ONOFRIO,

    Defendant.
_____/

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on Defendant Richard D'Onofrio's September 27, 2000 Motion to Adopt Co-Defendants' Motions Where Defendant D'Onofrio has Standing [DE-383], and the Court having been fully advised in the premises, it is hereby

ORDERED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA
Thomas D. Sclafani, Esquire

All Counsel on the attached service list

## SERVICE LIST

Paul Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(Counsel for Maragni)

William Norris, Esq.
3225 Aviation Avenue
Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Morris)

Jim Stark, Esq.
524 S. Andrews Avenue
Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Braeseke)

Simon T. Steckel, Esq.
700 Brickell Avenue
Suite 3260
Miami, FL 33131
(Counsel for Hawkins)

Raymond Miller, Esq.
400 S.E. 6th Street
Ft. Lauderdale, FL 33301
(Counsel for Zarcadoolas)

Michael Dutko, Esq.
600 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
(Counsel for Akel)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301-1100
(Counsel for Capri)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304
(Counsel for Rotunno)

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Suite 102
Miami, FL 33132
(Counsel for Caskill)

Ira Lowey, Esq.
800 Brickell Avenue
Penthouse #2
Miami, FL 33131
(Counsel for Halpern)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for Travers)

John Cotrone, Esq.
509 S.E. 9th Street
Ft. Lauderdale, FL 33316
(Counsel for Eddy)

Herb Cohen, Esq.
200 S.E. 6th Street
*Suite 205*
Ft. Lauderdale, FL 33301
(Counsel for S. Miller)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue
Suite 701
Ft. Lauderdale, FL 33301
(Counsel for Brooks)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Co-Counsel for Zarcadoolas)