UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-Dimitrouleas

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD D'ONOFRIO, et al., | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT D'ONOFRIO'S MOTION TO JOIN DEFENDANT ROTUNNO'S AND AND DEFENDANT ZARCADOOLAS'S MOTIONS

The United States of America by and through its undersigned attorneys hereby opposes Defendant D'Onofrio's motion to join the motions filed by his co-defendants for the following reasons. This Court has denied in full all of the substantive motions filed by defense counsel in this case except for the motion to suppress electronic surveillance evidence and Defendant Rotunno's motion for medical severance. Defendant D'Onofrio is not an aggrieved person under 18 U.S.C. § 2518(10)(a) of the electronic surveillance conducted herein, as he was neither intercepted during the course of the wiretap, nor is he the owner of the premises over which the wiretap was conducted. He, therefore, does not have standing to suppress the evidence derived from the wiretap. He similarly does not have standing to join in Defendant Rotunno's motion



for medical severance. Defendant's motion to join the motions of his co-defendants should, therefore, be denied.

DATED this ___3___ day of October 2000.

       Respectfully Submitted,

       GUY A. LEWIS
       UNITED STATES ATTORNEY

By: Paul F. Schwartz
   Assistant United States Attorney
   Court ID # A5500086

   Julia J. Stiller
   U.S. Department of Justice Trial Attorney
   Court ID # A5500485
   500 E. Broward Blvd., 7th Floor
   Fort Lauderdale, Florida 33394
   (954) 356-7255

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___3___ day of October, 2000.

Allen Kaufman, Esquire
2900 N. Dixie Highway, Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

Raymond Miller, Esquire
400 Southeast Sixth St.
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

David Vinikoor, Esquire
420 S.E. Twelfth St.
Fort Lauderdale, FL 33316
(Counsel for Martin Zarcadoolas)

Dennis R. Bedard, Esquire
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

John Cotrone, Esquire
509 S.E. 9th St.
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

James Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Michael Dutko, Esquire
600 South Andrews Ave., Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Ted Klein, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Thomas D. Sclafani, Esquire
200 East Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Simon T. Steckel, Esquire
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Herb Cohen, Esquire
200 S.E. 6th St., Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)
(Counsel for Daniel Meisel)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Larry Bronson, Esquire
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

_____
PAUL SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY