UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                  CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD D'ONOFRIO,

    Defendant.

_____/

FILED by _____ D.C.

OCT 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**ORDER**

    THIS CAUSE having come before the Court on Defendant Richard D'Onofrio's

September 27, 2000 Motion to Adopt Co-Defendants' Motions Where Defendant D'Onofrio has

Standing [DE-383], and the Court having reviewed the Government's response [DE-397], it is

hereby

    ORDERED that the Motion is DENIED.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Thomas D. Sclafani, Esquire
200 E. Broward Boulevard, #1210
Ft. Lauderdale, FL 33301

