**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
OCT 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR-WPD    DATE: October 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Richard D'Onofrio

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Thomas Sclafani

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Oath sworn & questioned by the Court. Deft to enter guilty plea to Count 6. Gov't to dismiss remaining Counts @ time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: Sentencing

MISC: written plea agreement filed