UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )  CASE NO.:00-6154-CR-DIMITROULEAS
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
RICHARD D'ONOFRIO,             )
                               )
            Defendant.         )
_____)

## NOTICE OF FILING LETTERS ON BEHALF OF THE
## DEFENDANT, RICHARD D'ONOFRIO

COME NOW the Defendant, Richard D'Onofrio, by and through his undersigned counsel, who respectfully files the attached letters on his behalf.

           Respectfully submitted,

           _____
           Thomas D. Sclafani
           Florida Bar No.: 232483
           First Union Center
           200 E. Broward Boulevard
           Suite 1210
           Ft. Lauderdale, FL 33301
           Telephone: 954-761-7201
           Fax: 954-524-8590

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Facsimile Transmission and U.S. Mail on this 21ˢᵗ day of December, 2000, to Paul Schwartz, Esq., Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 and Ms. Tracey Webb, United States Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301.

           _____
           Thomas D. Sclafani

E. HOWARD HUNT
11337 NE 8TH COURT
MIAMI, FLORIDA 33161-6325

November 20, 2000

TO WHOM IT MAY CONCERN

    Re: Richard D'Onofrio

As a friend of the late Gerry Gross, proprietor of Big Al's Gun and Pawn shop, I came to know the shop manager, Richard D'Onofrio, some ten years ago. My children, wife and I were occasional users of the target range, and were always treated pleasantly and professionally.

During our many visits to the shop there was never any indication whatever of illegal activity. Had there been, I would have reported it to the proprietor and ceased using the target facility.

I have no reason to believe that Mr. D'Onofrio has ever conducted himself other than openly and honestly. He has my full confidence, and if called upon to do so I would be glad to testify to his character as I have come to know it.

*E. Howard Hunt*

tel:(305) 895-8415                        fax:(305) 895-1815

**CARMINE DESENA**
5631 SW 1st COURT
PLANTATION, FL  33317

November 26, 2000

TO WHOM IT MAY CONCERN:

I relocated to the State of Florida from New York in 1979 to begin employment with the City of Hallandale Police Department. While residing in New York I was employed as a New York City Police Officer. Presently I am the owner of Accurate Event Services located in Hollywood, Florida.

When I relocated to the State of Florida in 1979 I had the distinct pleasure of meeting Richard Donofrio at his restaurant, Luciano's, located in Hollywood, Florida. Richie's effervescent personality and his eagerness to please all of his customers were qualities I admired and we developed a friendship over the years.

It was also obvious to all of Richie's friends and acquaintances that Richie was a family-oriented man who not only loved but was extremely devoted to his wife Linda and their two children Denise and Richard.

Sometime during 1981 Richie opened the "Gun Room" in Dania, Florida. I was a detective with the Hallandale Police Department at that time and I, along with several other police officers, purchased supplies from Richie's store. I always found Richie to be an upstanding businessman and his integrity was above question. Richie was always there for anyone who needed a helping hand.

I am writing this letter in an attempt to share with you the honorable qualities I know Richard Donofrio possesses. In the chaotic world we live in today, I feel if anyone could be given special consideration, Richard Donofrio certainly should be that person.

Sincerely,

Carmine DeSena

*Kodner Galleries, Inc.*
*45 South Federal Highway*
*Dania Beach, Florida 33004*

November 28, 2000

To Whom It May Concern:

Regarding Mr. Richard D'Onofrio:

Please be advised that I know Mr. Richard D'Onofrio and his family for approximately ten years. I have always known him to be honorable and knowledgeable. On a personal basis, we have attended trade shows together and enjoyed each other's company over dinner. His record keeping is very accurate because many years ago, I had a question about a transaction that was approximately three years old and in only a few minutes, he was able to retrieve the information.

My daughter-in-law in Utah informed me that when I became very ill, it was their family, the D'Onofrio's, whom she called to try to get me private nurses and they made efforts around the clock... until someone was able to cover for me at home and until I was transferred to the hospital.

For further information you may reach me by telephone: 954 925 2550.

Very Truly Yours,

Kodner Galleries, Inc.
By
Jay Kodner, President

December 1, 2000

To Whom it may concern,

I have known Richard D'Onofrio both socially and professonally for aproximatly eight to ten years. I have always been impressed with his honesty and his devotion to his wife and family.

I am amazed that anyone could even think of charging Richard with anything illeagal as I have spent many many hours at Big Als gun and Pawn shop I have only witnessed fair and honest dealing...Many times I have seen Richard refuse items for pawn that he thought might be stolen or illeagally obtained.

Should you have any questions or desire any other information please call me.

Sincerely,

J. Clifford Lindgren
1440 South Treasure Drive
North Bay Village, Fla.
(305) 861-7243

Harry N. Pepe, D.O
Harry N. Pepe III, M.D.
Michael I. Margolis, D.O.
Adan L. Hernandez, M.D.
Sharlene D. Robinson, M.D.
Joseph L. Carrasco, M.D.
Barry Feingold, D.O.
Cheryl Tapp, D.O.

William F. Pepe
Administrator

Miramar Office
6248 Miramar Parkway
Miramar, Florida 33023
Tel (954) 981-4811
Fax (954) 981-9295

Hollywood Office
4510 Sheridan Street
Hollywood, Florida 33021
Tel (954) 893-8900
Fax (954) 893-8992

Davie Office
8606 State Road 84
Davie, Florida 33324
Tel. (954) 424-8900
Fax (954) 424-5831

October 19, 2000

RE: Richard D'Onofrio

To Whom It May Concern:

This is a 54 year old white male that has been a patient of mine for the past 20 years. He is presently a diabetic and taking Glucophage 500mg; one daily and Glyburide 5mg; one daily. His blood sugar is under fairly good control. He does complain of occasional chest pain and has been through extensive cardiac work up indicating that he probably does have some mild cardiac ischemia and occasional irregular beats called premature ventricular contractions which bother him at times. He does use occasional DiaBeta Blocker therapy for this.

He also has a problem in the left shoulder at the chromio clavicular joint that is chronically inflamed. It occasionally needs a steroid injection for this. He does occasionally take non-steroid anti-inflammatory drugs.

On physical exam, he is approximately 5 feet and 10 inches tall. His weight is 278 pounds and is grossly overweight. His blood pressure is now under control at 130/70. His bronchi are congested somewhat most of the time. His cardiac rate is in the 70's w/ occasional PVC's. His abdomen is obese and no organomegaly are seen. His extremities are normal.

His present medical program consists of Glyburide 5mg; one daily, Glucophage 500mg; one daily, Inderal LA; 60mg one daily.

The patient is under control w/ his medications. He has been advised to have significant weight loss, exercise and stop smoking. He does need close medical supervision.

Sincerely,

Harry N. Pepe Jr., D.O./snr

H.N.P./snr

Jaret L.H. Vogel
133 SE 4th Avenue #10
Hallandale, FL 33009

On behalf of Richard D'Onofrio:

I have had the pleasure and privilege to know Richard D'Onofrio over the past three years, both professionally and personally. I have been in the investment industry for 17 years, and currently assist in managing a global investment firm in Palm Beach County. I am proud to say I worked with Prudential Preferred Financial Services for 2 of those 17 years. Among his varied skills, talents and experiences, Richard had experience in insurance sales and would meet with me for extended periods and give sage advice, to facilitate my practice with Prudential.

I have known Richard to have a heart of gold, a keen wit and brilliant mind. Of what I know of the circumstances surrounding this instant case, Richard was intimidated into a situation against his free-will, and took whatever "non-actions" he could to NOT compound an already difficult situation.

Richard has been a source of professional information for local as well as national media in the areas of firearms and consumer interests. He is a gentleman and a true friend, a loving father, and a businessman long associated with and supportive of law enforcement and protective service agencies in both Dade and Broward counties.

As I speak as a character reference for Richard D'Onofrio, I ask your Honor to understand the mitigating circumstances Richard had to contend with and his sound judgment in not compounding the problem further.

                                         Respectfully submitted,

                                         Jaret L.H. Vogel

October 25, 2000

To whom it may concern:

We have been friends of Richard D'Onofrio for over 27 years. He is a happily married family man who has shown a high moral character in both his business, and personal life.

His closeness to his wife and children, and the respect they have for one another is admirable.

We know him to be an upstanding, kind, and respectable person. He has a great sense of humor, and an easygoing disposition.

All in all, he has been a good friend, and business associate for many years.

We hope that you take all his good qualities into consideration, and make a fair and reasonable judgment.

Very truly yours,

*Chester Wittkin*
*Terry Wittkin*

Mr. & Mrs. Chester Wittkin
6001 N. Ocean Dr.
Hollywood, FL 33019

500 Bayview Drive
Apt. 1822
Miami
Fl. 33160
December 2000.

To whom it may concern.

I, Alexander Levey and my wife Jaye, would like to state that Ritchie D'Onofrio has been a friend for over ten years.
Apart from being a respected businessman, we have been in his company many times, without a hint of him being anything other than a gentleman of the highest calibre. Never once, for a moment has there ever been any reason to remotely doubt Ritchie's good character.

Respectfully
A Levey