UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  ) CASE NO.:00-6154-CR-DIMITROULEAS
                           )
        Plaintiff,         )
                           )
v.                         )
                           )
RICHARD D'ONOFRIO,         )
                           )
        Defendant.         )
_____)

**MOTION TO ADD SPECIAL CONDITION TO JUDGMENT
AND COMMITMENT ORDER**

COMES NOW the Defendant, Richard D'Onofrio, hereby moves this Court to add a special condition to the Judgment and Commitment Order in the above-referenced case, and in support thereof states as follows:

1. The Court sentenced the Defendant this morning to three (3) years probation.

2. The Court also advised that the Defendant could work at Big Al's Pawn and Gun Shop, but that the Defendant could not deal in firearms or assist anyone in the purchase or sale of firearms.

3. We ask the Court to include in the Judgment and Commitment Order a special condition that would specifically state that the Defendant is permitted to work at Big Al's Pawn and Gun Shop, but that the Defendant is prohibited from participating in the purchase or sale of firearms.



WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief requested herein.

Respectfully submitted,

Thomas D. Sclafani
Florida Bar No.: 232483
First Union Center
200 E. Broward Boulevard
Suite 1210
Ft. Lauderdale, FL 33301
Telephone: 954-761-7201
Fax: 954-524-8590

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail on December 22nd, 2000, to Paul Schwartz, Esq., Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 and Ms. Tracey Webb, United States Probation Officer, 299 E. Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301.

Thomas D. Sclafani