# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## **HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD        DATE: December 22, 2000

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: Mary Webb        INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Richard D'Maffrio

U.S. ATTORNEY: Neil Schuster        DEFT. COUNSEL: Thomas Sclafani

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
3 years probation, 50 hours of Community
Service per year of probation
$5,000.00 fine, $100.00 Assessment

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft informed of Right to Appeal.