# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**RICHARD D'ONOFRIO**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06154-016**

Thomas Sclafani, Esq./Paul Schwartz, AUSA
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **6**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Possess Stolen Goods | 05/19/1999 | 6 |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **ALL REMAINING** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **03/02/1946**
Defendant's USM No.: **55258-004** · 55358-004
Defendant's Residence Address:

**15131 W. Tethercliff Street**

**Davie** FL 33331

Defendant's Mailing Address:

**15131 W. Tethercliff Street**

**Davie** FL 33331

**12/22/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

December 26, 2000
Date

No further action required by the U.S. Marshals Service.

*James A Tassone*
UNITED STATES MARSHAL

*Glenn Morgan*
A SOUSM      SDUSM