UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )    CASE NO.  00-6154-CR-WPD
                             )
            Plaintiff,       )
                             )
        -v-                  )
                             )
RICHARD D'ONOFRIO,           )
                             )    Fort Lauderdale, Florida
            Defendant.       )    December 22, 2000
_____)    11:05 a.m.

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        PAUL SCHWARTZ, ESQ.
                         Assistant U.S. Attorney
                         500 East Broward Boulevard
                         Fort Lauderdale, Florida 33394


For the Defendant        THOMAS D. SCLAFANI, ESQ.
                         200 East Broward Boulevard
                         Suite 1210
                         Fort Lauderdale, Florida  33301


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**