UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD D'ONOFRIO,

    Defendant.
_____/



FILED by _____ D.C.
MAY 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having been heard upon Probation's May 15, 2002 Request for Modification of Conditions, the Court will defer five (5) days to await a response from the Government and/or defense counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of May, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Paul Donovan, USPO

Thomas Sclafani, Esquire
200 E. Broward Boulevard
First Union Center, Suite 1210
Ft. Lauderdale, Florida 33301

