UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )
v.                             )
                               )
RICHARD D'ONOFRIO,             )
                               )
         Defendant.            )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COURT'S ORDER**

COMES NOW the Defendant, Richard D'Onofrio, by and through his undersigned counsel, who respectfully moves this Honorable Court for an extension to time from May 31, 2002, to June 7, 2002, within which to respond to the Court's Order dated May 23, 2002, in support thereof states as follows:

1. On Tuesday, May 28, 2002, undersigned counsel received the Court's Order entered on May 23, 2002, providing counsel with five (5) days to respond to the Probation Department's communication to the Court concerning Mr. D'Onofrio's conditions of probation.

2. Undersigned counsel is making arrangements to receive a copy of whatever the Probation Department filed. The Probation Department only orally advised the undersigned of its intention to obtain a ruling from the Court concerning the ability of Mr. D'Onofrio to enter the premises of the pawn shop owned by his wife and children.



3. Undersigned counsel, who is a sole practitioner, has been unable to conduct the necessary legal research to formulate a response to the Court because of the press of other business.

4. The parties require additional time after the matter is researched so that the undersigned and Government counsel can confer to determine if our positions on this matter differ.

5. AUSA Paul Schwartz has no objection to the requested relief.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the relief requested herein.

Respectfully submitted,

_____
Thomas D. Sclafani
Florida Bar No.: 232483
110 Southeast Sixth Street
Suite 1920
Ft. Lauderdale, Florida 33301
Telephone: 954-667-6767
Fax: 954-667-6626

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail on this 31st day of May, 2002, to Paul Schwartz, Esq., Assistant United States Attorney, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

Respectfully submitted,

_____
THOMAS D. SCLAFANI