UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
RICHARD D'ONOFRIO, )
)
      Defendant. )
_____)

FILED by ___ D.C.
JUN 04 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

Upon the written motion of the Defendant, Richard D'Onofrio, for an extension of time to respond to the Court's Order, the Court, upon reviewing the motion and with no objection from Government, it is hereby;

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The parties have until June 7, 2002 to respond to the Court's Order dated May 23, 2002.

Done and Ordered in Chambers this 4 day of June, 2002, in Ft. Lauderdale, Broward County, Florida.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:     Thomas D. Sclafani, Esq.
         AUSA Paul Schwartz

