UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,            )
                             )
v.                           )
                             )
RICHARD D'ONOFRIO,           )
                             )
        Defendant.            )
_____)

**DEFENDANT'S MEMORANDUM CONCERNING THE PROBATION
DEPARTMENT'S REQUEST FOR MODIFICATION OF CONDITIONS
OF DEFENDANT'S PROBATION**

COMES NOW the Defendant, Richard D'Onofrio, by and through his undersigned counsel, who respectfully files this memorandum concerning the Probation Department's request to modify the Defendant's probation by instituting a provision precluding him from being employed at a pawn shop. The Government does not oppose the Defendant's position on this matter.

**I. INTRODUCTION**

On December 22, 2000, the Defendant, Richard D'Onofrio, was sentenced to three years probation and fifty hours community service for each of the years of his probation in connection with his guilty plea for conspiracy to possess stolen goods in violation of 18 U.S.C. §371. The Court also permitted the Defendant, who was the principal of Big Al's Gun and Pawn Shop Inc. ("Big Al's"), to continue being employed in the pawn industry, although the Defendant was precluded from conducting any transactions involving firearms.



On May 15, 2002, the Probation Department filed a memorandum with the Court requesting a modification of the Defendant's conditions of probation, despite the fact that Mr. D'Onofrio has been satisfied all conditions of his probation. Specifically, the Probation Department has taken a position that Mr. D'Onofrio should not be permitted to be employed in the pawn brokerage industry. The Probation Department's request is premised upon a perceived violation of Florida Statute 539.001(12)(m), which provides that a pawnbroker may not knowingly employ someone in a pawn shop who has been convicted of a felony within the past five years.

The Defendant does not object to the amendment to his conditions of probation as requested by the Probation Department, and the Defendant agrees not to handle the books of Big Al's or to deal with customers of Big Al's at the front counter. However, the Defendant also requests that the Court make a finding that he may be present on the premises of Big Al's in his capacity as building owner and volunteer of three other separately licensed businesses operating out of the same premises: Big Al's Security Guard School; Big Al's Gunshop; and Big Al's Gun Range. Neither the Government nor the Probation Department oppose this request.

## II. FACTS

On October 1, 2001, seven (7) weeks prior to the sentencing date, the Defendant, recognizing that he could no longer be a principal or an employee of a pawn shop pursuant to Florida law, resigned his position as an officer and director of Big Al's. Attached hereto as Exhibit 1 is a letter from Mr. D'Onofrio's corporate counsel, Max M. Hagen, Esq., to the Florida Secretary of State advising the Secretary of Mr. D'Onofrio's resignation and attaching the 2001 and 2002 Uniform Business Reports registering the changes. As further support for Mr. D'Onofrio's resignation are the minutes of the Corporation's Board of Directors meeting dated October 1, 2000, in which Mr.

D'Onofrio resigned as both a corporate officer, director and employee. These documents are attached hereto as Exhibit 2.

Since the date of his resignation, Mr. D'Onofrio has received no compensation whether directly or beneficially, from Big Al's. The pawnbroker business is partly owned and totally operated by members of his family, and Mr. D'Onofrio has volunteered to assist Big Al's principals by answering the telephone or by guiding customers on matters other than firearms. There are three other separately licensed businesses operating out of the building owned by Mr. D'Onofrio that houses the pawnshop business: Big Al's Security Guard School; Big Al's Gunshop; and Big Al's Gun Range.

### III. CONCLUSION

The Defendant does not object to the Probation Department's request to modify the conditions of probation to read that the Defendant "is prohibited from employment in the pawn brokerage industry." In order to insure against any misunderstanding, the Court should also find 1) that while on probation, Mr. D'Onofrio is permitted to enter the premises of and oversee the operation of Big Al's Security Guard School, Big Al's Gunshop and Big Al's Gun Range as a volunteer as that term is defined by Florida Statute 440.02(14)(h), provided that Mr. D'Onofrio not locate himself other than at the front desk of the business. The Government Department agree to this resolution.

Respectfully submitted,

_____
Thomas D. Sclafani
Florida Bar No.: 232483
110 Southeast Sixth Street
Suite 1920
Ft. Lauderdale, Florida 33301
Telephone: 954-667-6767
Fax: 954-667-6626

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail on this 7th day of June, 2002, to Paul Schwartz, Esq., Assistant United States Attorney, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301 and Paul Donovan, United States Probation Officer, 6100 Hollywood Boulevard, Suite 501, Hollywood, FL 33024.

Respectfully submitted,

_____
THOMAS D. SCLAFANI

**EXHIBIT 1**

LAW OFFICES

# HAGEN & HAGEN, P.A.

ATTORNEYS AND COUNSELORS AT LAW

3531 GRIFFIN ROAD • FT. LAUDERDALE, FLORIDA 33312

MAX M. HAGEN ▼◆●
KEVIN L. HAGEN †◆
CHARLES L. SIMON ●
● OF COUNSEL

● ADMITTED TO U.S. SUPREME COURT
▼ ALSO ADMITTED TO TENNESSEE BAR
† ADMITTED TO 11TH CIRCUIT COURT OF APPEALS
◆ ADMITTED TO U.S. DISTRICT COURT FOR SO. DIST. OF FLORIDA

TELEPHONE: (954) 987-0515
TELEFACSIMILE: (954) 964-3764
E-MAIL: HagenAtLaw@aol.com

PLEASE REFER TO
OUR FILE #

January 10, 2001

4702

Secretary of State
Division of Corporations
P. O. Box 6327
Tallahassee, Florida 32314

RE:          BIG AL'S GUN & PAWN, INC.

Dear Sir/Madam:

In regard to the subject corporation, please be advised that the officers and directors of this corporation have been changed to the following:

> President and Director:              Linda Gail D'Onofrio
> Vice President and Director:         Sheila Gross
> Secretary/Treasurer and Director:    Richard A. D'Onofrio, Jr.

Richard A. D'Onofrio, Sr. has resigned as an officer and director of the corporation effective October 1, 2000.

The subsequent annual corporate stock tax return will reflect the changes but we want your official records to reflect the foregoing changes until the formal return has been completed and returned to your office with the annual information.

Thank you for your prompt attention in reflecting this information in your records.

Very truly yours,

HAGEN & HAGEN, P.A.

MAX M. HAGEN, ESQ.

MMH:jmg
cc: Richard A. D'Onofrio, Sr          FAX 927-8000
    Richard A. D'Onofrio, Jr          FAX 927-8000
    Linda Gail D'Onofrio              FAX 927-8000
    Sheila Gross

# 2001 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # V03242

Entity Name

BIG AL'S PAWN & GUN SHOP, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 0 W HALLANDALE BEACH BLVD<br>LYWOOD FL 33023 | 3300 W HALLANDALE BEACH BLVD<br>HOLLYWOOD FL 33023 |

| Principal Place of Business | 3. Mailing Address | | |
|---|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | | DO NOT WRITE IN THIS SPACE. |
| City & State | City & State | 4. FEI Number 65-0303703 | Applied For / Not Applicable |
| Zip | Country | Zip | Country | 5. Certificate of Status Desired | $8.75 Additional Fee Required |

### 6. Name and Address of Current Registered Agent

HAGEN, MAX M.
3990 SHERIDAN STREET
# 104
HOLLYWOOD FL 33021

### 7. Name and Address of New Registered Agent

Name:
Street Address (P.O. Box Number is Not Acceptable):
City:
Zip Code:

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

| This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐ | | 10. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|---|

| | OFFICERS AND DIRECTORS | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|
| T<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | PD<br>D'ONOFRIO, RICHARD A.<br>3300 W HALLNDLE BCH BLVD<br>HOLLYWOOD FL 33023 | ☒ Delete | TITLE PD<br>NAME LINDA GAIL D'ONOFRIO<br>STREET ADDRESS 3300 W. HALLANDALE BCH. BLVD.<br>CITY-ST-ZIP Hollywood, FL. 33023 | ☒ Change ☐ Addition |
| T<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | STD<br>D'ONOFRIO, RICHARD A.<br>3300 W HALLNDLE BCH BLVD<br>HOLLYWOOD FL 33023 | ☒ Delete | TITLE VPD<br>NAME SHEILA GROSS<br>STREET ADDRESS 3300 W. HALLANDALE BCH Blvd.<br>CITY-ST-ZIP Hollywood, FL. 33023 | ☒ Change ☐ Addition |
| E<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | | ☐ Delete | TITLE STD<br>NAME RICHARD A. D'ONOFRIO JR.<br>STREET ADDRESS 3300 W. HALLANDALE BCH. BLVD.<br>CITY-ST-ZIP Hollywood, FL. 33023 | ☒ Change ☐ Addition |
| E<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| E<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP Pd. 2-13-01 #7354 $150.00 | ☐ Change ☐ Addition |
| E<br>ME<br>EET ADDRESS<br>Y-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGN: Linda D'Onofrio    2/13/01    (954) 921-8000

# 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** V03242

**1. Entity Name**
BIG AL'S PAWN & GUN SHOP, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 3300 W HALLANDALE BEACH BLVD<br>HOLLYWOOD FL 33023 | 3300 W HALLANDALE BEACH BLVD<br>HOLLYWOOD FL 33023 |

DO NOT WRITE IN THIS SPACE

**2. Principal Place of Business**
Suite, Apt. #, etc.
City & State
Zip    Country

**3. Mailing Address**
Suite, Apt. #, etc.
City & State
Zip    Country

**4. FEI Number** 65-0303703   ☐ Applied For   ☐ Not Applicable

**5. Certificate of Status Desired** ☐   $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**

HAGEN, MAX M.
3990 SHERIDAN STREET
# 104
HOLLYWOOD FL 33021

**7. Name and Address of New Registered Agent**
Name
Street Address (P.O. Box Number is Not Acceptable)
City    FL    Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____    DATE _____
Signature, typed or printed name of registered agent and title if applicable.  (NOTE: Registered Agent signature required when reinstating)

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**10.** Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | PD<br>D'ONOFRIO, LINDA C<br>3300 W. HALLANDALE BCH. BLVD.<br>HOLLYWOOD FL 33023 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | VPD<br>GROSS, SHEILA<br>3300 W. HALLANDALE BEN BLVD.<br>HOLLYWOOD FL 33023 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | STD<br>D'ONOFRIO, RICHARD A JR.<br>3300 W. HALLANDALE BCH. BLVD.<br>HOLLYWOOD FL 33023 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |

Handwritten notation: Rd # 8497  $150.00  2/1/02

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12, or as an attachment with all other like empowered.

SIGNATURE: _____ Richard D'Onofrio Jr. STD  2-1-02  (954) 927-8700
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

**EXHIBIT 2**

MINUTES OF SPECIAL MEETING OF THE
DIRECTORS AND STOCKHOLDERS OF
BIG AL'S PAWN & GUN SHOP, INC.

The Annual Meeting of the Directors and Stockholders of this corporation was held at the office of the corporation in the City of Hollywood, Florida, on the 1ST day of OCTOBER, 2000, at 10:00 A.M.

Present was: Richard A. D'Onofrio and Richard A. D'Onofrio, Jr. either in person or by proxy, constituting all of the Directors and Stockholders of the corporation.

The Secretary presented a written call and Waiver of Notice of the time and place of the meeting, and the same was ordered filed and spread at length upon the Minutes.

The President announced that Richard A. D'Onofrio has resigned from the company. After considerable discussion of his report and upon motion duly made, seconded and unanimously carried, it was

> RESOLVED, that the President and Secretary shall
> accept the resignation of Richard A. D'Onofrio from
> the Corporation.

The President then stated that it would be in order to elect officers and directors for the coming year. The following were, upon motion made, seconded and carried, elected to serve in the capacity indicated:

| | |
|---|---|
| Richard A. D'Onofrio, Jr. | Secretary/Treasurer/Director |
| Linda Gail D'Onofrio | President/Director |
| Sheila Gross | Vice President/Director |

There being no further business to come before the meeting, the same was, upon motion duly made, seconded and unanimously carried, adjourned.

BY: _____
Richard A. D'Onofrio, Secretary

## RESIGNATION

Gentlemen,

    I, Richard A. D'Onofrio, hereby tender my resignation as President/Director of BIG AL'S PAWN & GUN SHOP, INC., a Florida corporation, to take effect on or before October 1, 2000, or at the conclusion of the meeting of the Board of Directors, at which this resignation is accepted, whichever shall be sooner.

Dated on this 1ST day of OCTOBER, 2000.

                                                                  Richard A. D'Onofrio

CALL AND WAIVER OF NOTICE

OF SPECIAL MEETING OF DIRECTOR AND STOCKHOLDER OF

BIG AL'S PAWN & GUN SHOP, INC.

We, the undersigned, being and all of the Directors and Stockholders of the above named Corporation, hereby waive all notice of the Special Meeting of Directors and Stockholders, and consent that such meeting be held at the office of the Corporation, in the City of Hollywood, in the State of Florida, on the 1ST day of OCTOBER, 2000, at 10:00 A.M. for the transaction of any and all business whatsoever pertaining to the affairs of the Corporation.

Dated this 1ST day of OCTOBER, 2000.

Richard A. D'Onofrio

Richard A. D'Onofrio, Jr.