UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD D'ONOFRIO

    Defendant.
_____/

FILED by _____ D.C.

JUN 10 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**THIS CAUSE** having been heard upon Probation's May 15, 2002 Request for Modification of Conditions, and having received a response from the Defendant [DE-689], said request for modification is **DENIED**. The Defendant shall not violate any law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10___ day of June, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Thomas Sclafani, Esquire
111 Southeast Sixth Street,
Suite 1920
Ft. Lauderdale, FL 33301

Paul Schwartz, AUSA

Paul Donovan, USPO

