PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64366

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-Dimitrouleas

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Richard D'Onofrio  
Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Ft. Lauderdale, FL

Date of Original Sentence: December 22, 2000

Original Offense: Conspiracy to Possess Stolen Good, 18, U.S.C. §371; a Class D felony

Original Sentence: Three (3) years probation. Special Conditions: 1) Disclosure of all business and personal finances to the probation office and perform 100 hours community service.

Type of Supervision: Probation          Date Supervision Commenced: December 22, 2000

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. During 2001 in Broward County, Florida, the probationer did commit the offense of violating the Florida Pawn Broker's Act, contrary to F.S. 539.001(12)(M). On June 27, 2002, the subject submitted a photostat copy of his application for an automatic extension of time to file U.S. Individual Tax Returns for 2001. Attached to the application in question, the subject submitted a W-2 Form reflecting that as an employee of Big Al's Gun and Pawn Shop, Inc., in 2001 he received wages totaling $500. |

U.S. Probation Officer Action:

    As previously noted by Your Honor, the U.S. Probation Office submitted a memo to Your Honor concerning this matter in May of 2002. At that time, the probation office recommended that the subject's conditions of probation be modified to exclude his employment with Big Al's Gun and Pawn Shop. On June 10, 2002, Your Honor denied our modification request. At this time, the probation



PROB 12A                                                         SD/FL PACTS No. 64366
(SD/FL 10/01)

office is recommending no additional action be taken.

    If Your Honor concurs, please indicate below.

                                                   Respectfully submitted,

                           by                               Paul J. Donovan
                                                   Paul J. Donovan
                                                   U.S. Probation Officer
                                                   Phone: (954) 769-5574
                                                   Date: September 25, 2002

[X]  Concur with action(s) taken by the U.S. Probation Officer
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for _ Warrant or _ Summons

                                                   Signature of Judicial Officer

                                                   October 1, 2002
                                                   Date